**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Bolanos, Mirna G.

Consumers and Employees of:

SERV Behavioral Health System, INC.

*(In the space above enter the full name(s) of the plaintiff(s).)*

CV. 22-671 (ES) (JSA)

- against -

SERV Behavioral Health System, INC.

Widdows, Regina (CEO)

Simms, Pauline (COO)

Vaughan, Allison (VP)

Rufe, Kelly (VP)

Howard, Tashiera (PC)

Nazaire, Kareen (PC)

Footman, Jamillah (RPM)

Tucker, Lamar (RPM)

Thomas, Kevin (Staff)

Thomas, Kevin (Staff)

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.  Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | Bolanos, Mirna G. |
|---|---|---|
| | Street Address | PO Box 1624 |
| | County, City | Union County, Cranford |
| | State & Zip Code | NJ, 07016 |
| | Telephone Number | (908) 337-4590 |

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: SERV Behavioral Health System, INC.
Street Address: 20 Scotch Road, 3rd Floor
County, City: Mercer County, Ewing
State & Zip Code: New Jersey, 08628

Defendant No. 2
Name: Widdows, Regina
Street Address: 20 Scotch Road, 3rd Floor
County, City: Mercer County, Ewing
State & Zip Code: New Jersey, 08628

Defendant No. 3
Name: Simms, Pauline
Street Address: 20 Scotch Road, 3rd Floor
County, City: Mercer County, Ewing
State & Zip Code: New Jersey, 08628

Defendant No. 4
Name: Vaughan, Allison
Street Address: 20 Scotch Road, 3rd Floor
County, City: Mercer County, Ewing
State & Zip Code: New Jersey, 08628

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
■ Federal Questions    ☐ Diversity of Citizenship
☐ U.S. Government Plaintiff    ■ U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Title 18 U.S.C; Title 42 U.S.C.; Title 7 U.S.C.

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Rufe, Kelly
Street Address: 130 Dermody Street
County, City: Union County, Cranford
State & Zip Code: New Jersey, 07016

Defendant No. 2
Name: Howard, Tashiera
Street Address: 20 Scotch Road, 3rd Floor
County, City: Mercer County, Ewing
State & Zip Code: New Jersey, 08628

Defendant No. 3
Name: Nazaire, Kareen
Street Address: 130 Dermody Street
County, City: Union County, Cranford
State & Zip Code: New Jersey, 07016

Defendant No. 4
Name: Footman, Jamillah
Street Address: 130 Dermody Street
County, City: Union County, Cranford
State & Zip Code: New Jersey, 07016

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ■ Federal Questions    ☐ Diversity of Citizenship
    ☐ U.S. Government Plaintiff    ■ U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Title 18 U.S.C; Title 42 U.S.C.; Title 7 U.S.C.

B.   List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name _____ Tucker, Lamar _____
Street Address __ 20 Scotch Road, 3rd Floor __
County, City __ Mercer County, Ewing __
State & Zip Code New Jersey, 08628

Defendant No. 2
Name _____ Thomas, Kevin _____
Street Address __ 130 Dermody Street __
County, City __ Union County, Cranford __
State & Zip Code New Jersey, 07016

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*
 ☒ Federal Questions     ☐ Diversity of Citizenship
 ☐ U.S. Government Plaintiff     ☒ U.S. Government Defendant

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Title 18 U.S.C; Title 42 U.S.C.; Title 7 U.S.C.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Union County, New Jersey; also, Superior Court of Sussex County, NJ.

B. What date and approximate time did the events giving rise to your claim(s) occur? November 2019-Present Day. December 2019, May 2020, July 2020, December 2021

**What happened to you?**

C. Facts: Negligence; discrimination; denial & refusal of services; abuse of power; evident incompetence; unwillingness to delegate; lack of remorse; collusion; willful ignorance; premeditated harassment; deliberate disrespect & disregard of boundaries; perjury under oath; libel; slander; defamation of character; negate civil liberties by manipulation of deceit to create chaos and confusion for Court Officials; depravity stemming from management; medical malpractice; stalking & harassment under the pretext of the RPM position; coercion, lies, and threats to comply with prohibited activity; forgery; criminal physical endangerment; and more.

**Who did what?**

General counseling staff abuse, harass, neglect, threaten, coerce, and prohibit services-daily. Rufe, Kelly; Howard, Tashiera; Tucker, Lamar; Footman, Jamillah; Thomas, Kevin have committed perjury under oath in the Superior Court of Sussex County, and all of the above. Vaughan, Allison wrongfully concluded/colluded an investigation of abuse as: unsubstantiated. Widdows, Regina and Simms, Pauline are aware of all misconduct and unethical behavior.

**Was anyone else involved?**

Consumers of SERV Behavioral Health System, INC.
Dougherty, Paul (DR) for SERV Behavioral Health System, INC.
Garcia, Amber (RPM) for SERV Behavioral Health System, INC.
DeSousa, Jessica (PC) for SERV Behavioral Health System, INC.
Johnson, Maria (Couselor) for SERV Behavioral Health System, INC.

**Who else saw what happened?**

Cole, William (MS) for Bridgeway Behavioral Health System
Mello, Gricel (LPC, CSOTP, ACS) Adult Outpatient Unit, Trinitas Regional Medical Center

- 3 -

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Acute stress and post-traumatic stress disorder triggered by abuse, harassment, bullying, torment, worry, depression, sadness. I voluntarily committed myself to the Trinitas Psychiatric Ward requesting an adjustement to my psychoptropic medication in January 07, 2020, two months after commenced relationship with SERV. Consumers are repeatedly hospitalized due to medication malpractice. Consumers are daily degraded, demeaned, refused services, verbally assaulted, threatened with hospitalization or law enforecement if they refuse to do as told, such as sweep the floor. Consumers are gaslighted, their private information gossiped between staff and to other consumers. Staff create an environment of danger by inciting violent consumers to confront other consumers/staff. Staff collude to bully and intimidate other staff. Staff collude to deny all misconduct.

### V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.
**Management as such, need to be displaced. Staff need adequate and appropriate training.** Abusive staff cannot be tolerated. Consumer reports of abuse and misconduct need to be honestly investigated and corrected. Discrimination of consumer's physical/mental disability need not disqualify their testimony and needs. Incentives need to be provided to acquire educated well-to-do staff professionals. Corrupt staff cannot be tolerated. **Penalties need to be enforced for crimes as perjury and wrongful/intentional use of to deprive freedom; otherwise, deemed acceptable to meet goals of independence and individual freedom. Safeguards need to be placed, as to not let unqualified staff who do not have medical** practice knowledge from freely calling psychiatrists to: raise false witness, slander, and defame the character and reputation of the consumer to make changes to their medication regimen to purposely de-stabilize the consumer for benefit to their misconduct. Staff's perjury has repeatedly hindered employment status, housing needs and status; eventhough, every obligation has been met with compliance and satisfactory completion (1st Pl). The hardship of abuse and its emotional & physical consequence, delay of individual independence = $Invaluabl

- 5 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __07__ day of __February_____, 20__22__.

Signature of Plaintiff _____
Mailing Address  PO Box 1624
Cranford, NJ  07016

Telephone Number  (908) 337-4590
Fax Number *(if you have one)* _____
E-mail Address  mgbz222@outlook.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____