MOTION TO ACCEPT AMENDED CIVIL COMPLAINT
MOTION TO VACATE REASSIGNMENT
(Title of Action)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BOLANOS, MIRNA G.
   Plaintiff, :

v. :
SERV BEHAVIORAL HEALTH SYSTEM, INC.
   Defendant. :

:

Civil Action No. 2:22-CV-00671-ES-JSA

NOTICE OF MOTION

MOTION TO ACCEPT AMENDED CIVIL COMPLAINT

MOTION TO VACATE REASSIGNEMENT

PLEASE TAKE NOTICE  MIRNA G. BOLANOS, PLAINTIFF, PRO SE
(Name of Moving Party)

will move before the Honorable  ESTHER SALAS , U.S.D.J. on

UNKNOWN
(Motion days are the 1st and 3rd Monday of each month)

for an Order  TO AMEND CIVIL COMPLAINT AND VACATE REQUESTED REASSIGNMENT .
(describe type of relief being sought)

In support of my motion, I will rely on the attached brief (if necessary).

MIRNA G. BOLANOS
Name
PO BOX 1624

CRANFORD, NJ  07016

(908) 337-4590
Address

Date: 04/04/2022

Mirna Gabriela Bolanos
Plaintiff, Pro Se
PO Box 1624
Cranford, NJ 07016
(908) 337-4590

| | |
|---|---|
| BOLANOS, MIRNA G.<br>v.<br><br>SERV BEHAVIORAL HEALTH SYSTEM, INC.<br>WIDDOWS, REGINA (CEO); SIMMS, PAULINE (COO);<br>VAUGHAN, ALLISON (VP); RUFE, KELLY (DR); HOWARD,<br>TASHIERA (PC); NAZAIRE, KAREEN (PC); DESOUSA, JESSICA<br>(PC); FOOTMAN, JAMILLAH (RPM); TUCKER, LAMAR (RPM);<br>THOMAS, KEVIN (STAFF) | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK, NJ VICINAGE<br><br>CIVIL ACTION NO.: 2:22-CV-00671-ES-JAS<br><br>MOTION TO ACCEPT AMENDED CIVIL COMPLAINT<br><br>MOTION TO VACATE PREVIOUS MOTION FOR REASSIGNMENT |

The Plaintiff, Mirna Bolanos, respectfully moves that the court accept the Amended Civil Complaint and to Vacate the Motion for Reassignment to the Trenton, NJ Vicinage and in support thereof says the following:

1. This Amended Civil Complaint has revised/corrected Plaintiff Section—Mirna G. Bolanos, Plaintiff, *Pro se*.

2. This Amended Civil Complaint lists an additional defendant, Jessica DeSousa, SERV Program Coordinator, Union County Office.

3. This Amended Civil Complaint has precise Cause of Action appellation.

4. This Amended Civil Complaint gives descriptive-reformatted details of the transgressions from the original complaint.

5. This Amended Civil Complaint succinctly states what relief is needed in an overall manner; plus, it depicts superficially the losses that had to be endured.

6. This Amended Civil Complaint includes persons not previously noted as people who were involved and persons who saw what happened.

7. The previously submitted Motion for Reassignment need not be granted, as new revelations in the connected KROL Status case, will result in relocation—Newark, NJ would be of best convenience.

8. The Amended Civil Complaint includes an updated Fee Waiver Application to proceed in *forma pauperis*.

Wherefore, the Petitioner respectfully requests the Court to accept the Amended Civil Complaint and the Motion to Vacate the previous Motion for Reassignment. As circumstances are evolving and continuing to unfold, the unforeseen is inevitable resulting in these requested Amendments and Vacated Motions.

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
BOLANOS, MIRNA G.

## DEFENDANTS
SERV BEHAVIORAL HEALTH SYSTEM, INC. WIDDOWS,REGINA(CEO);SIMMS,PAULINE(COO);VAUGHAN,ALLISON(VP); RUFE,KELLY(DR);HOWARD,TASHIERA(PC);NAZAIRE,KAREEN(PC);DESOUSA,JESSICA (PC);FOOTMAN,JAMILLAH(RPM)TUCKER,LAMAR(RPM);THOMAS,KEVIN(STAFF)

**(b)** County of Residence of First Listed Plaintiff: **UNION**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **MERCER**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Mirna G. Bolanos
PO Box 1624, Cranford, NJ 07016
(908) 337-4590

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
TITLE 18 U.S.C.; TITLE 42 U.S.C.; TITLE 7 U.S.C.
Brief description of cause:
ABUSE;COLUMNY;BREACH OF PEACE;COLLUSION;CONNIVANCES;MALFEASANCE;DEFAMATIONS;DISCRI

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ TBD
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: N. PETER CONFORTI
DOCKET NUMBER: 14-01-00005-I/13-000608

DATE
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

BOLANOS, MIRNA G.

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

SERV BEHAVIORAL HEALTH SYSTEM, INC.

WIDDOWS, REGINA (CEO)

SIMMS, PAULINE (COO)

VAUGHAN, ALLISON (VP)

RUFE, KELLY (DR)

HOWARD, TASHIERA (PC)

NAZAIRE, KAREEN (PC)

DESOUSA, JESSICA (PC)

FOOTMAN, JAMILLAH (RPM)

TUCKER, LAMAR (RPM)

THOMAS, KEVIN (STAFF)

**COMPLAINT**

Jury Trial: [X] Yes  [ ] No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.  Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name            BOLANOS, MIRNA G.
           Street Address  PO BOX 1624
           County, City    UNION COUNTY, CRANFORD
           State & Zip Code NEW JERSEY  07016
           Telephone Number (908) 337-4590

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name **SERV BEHAVIORAL HEALTH SYSTEM, INC**
Street Address **20 SCOTCH ROAD, 3RD FLOOR**
County, City **MERCER COUNTY, EWING**
State & Zip Code **NEW JERSEY  08628**

Defendant No. 2
Name **WIDDOWS, REGINA (CEO)**
Street Address **20 SCOTCH ROAD, 3RD FLOOR**
County, City **MERCER COUNTY, EWING**
State & Zip Code **NEW JERSEY  08628**

Defendant No. 3
Name **SIMMS, PAULINE (COO)**
Street Address **20 SOTCH ROAD, 3RD FLOOR**
County, City **MERCER COUNTY, EWING**
State & Zip Code **NEW JERSEY  08628**

Defendant No. 4
Name **VAUGHAN, ALLISON (VP)**
Street Address **20 SCOTCH ROAD, 3RD FLOOR**
County, City **MERCER COUNTY, EWING**
State & Zip Code **NEW JERSEY  08628**

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
[X] Federal Questions            [ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff    [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **TITLE 18 U.S.C.; TITLE 42 U.S.C.; TITLE 7 U.S.C.**

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name RUFE, KELLY (DR)
Street Address 130 DERMODY STREET
County, City UNION COUNTY, CRANFORD
State & Zip Code NEW JERSEY 07016

Defendant No. 2
Name HOWARD, TASHIERA (PC)
Street Address 20 SCOTCH ROAD, 3RD FLOOR
County, City MERCER COUNTY, EWING
State & Zip Code NEW JERSEY 08628

Defendant No. 3
Name DESOUSA, JESSICA (PC)
Street Address 130 DERMODY STREET
County, City UNION COUNTY, CRANFORD
State & Zip Code NEW JERSEY 07016

Defendant No. 4
Name NAZAIRE, KAREEN (PC)
Street Address 130 DERMODY STREET
County, City UNION COUNTY, CRANFORD
State & Zip Code NEW JERSEY 07016

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    [X] Federal Questions     [ ] Diversity of Citizenship
    [ ] U.S. Government Plaintiff     [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? TITLE 18 U.S.C.; TITLE 42 U.S.C.; TITLE 7 U.S.C.

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name FOOTMAN, JAMILLAH (RPM)
Street Address 130 DERMODY STREET
County, City UNION COUNTY, CRANFORD
State & Zip Code NEW JERSEY 07016

Defendant No. 2
Name TUCKER, LAMAR (RPM)
Street Address 20 SCOTCH ROAD, 3RD FLOOR
County, City MERCER COUNTY, EWING
State & Zip Code NEW JERSEY 08628

Defendant No. 3
Name THOMAS, KEVIN (STAFF)
Street Address 130 DERMODY STREET
County, City UNION COUNTY, CRANFORD
State & Zip Code NEW JERSEY 07016

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[X] Federal Questions       [ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? TITLE 18 U.S.C.; TITLE 42 U.S.C.; TITLE 7 U.S.C.

-2-

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? **UNION AND MERCER COUNTIES OF NEW JERSEY AND SUPERIOR COURT OF NEW JERSEY-SUSSEX COUNTY**

B.  What date and approximate time did the events giving rise to your claim(s) occur?
**NOVEMBER 2019-PRESENT (DAILY OCCURENCES)**

**What happened to you?**

C.  Facts: NEGLIGENCE;DISCRIMINATION;DENIAL & REFUSAL OF SERVICES; STAFFS' MISUSE AND ABUSE OF AGENCY POLICIES (EXISTENT AND NON-EXISTENT);ABUSE OF INFORMATION STAFFS' EMPLOYMENT AFFORDS THEM;INCOMPETENCE;INABILITY TO DELEGATE;LACK OF REMORSE; LACK OF ACCOUNTABILITY;COLLUSION;WILLFUL IGNORANCE;PREMEDITATED HARASSMENT; INCESSANT HARASSMENT;DELIBERATE DISRESPEECT;VIOLATION OF BOUNDARIES;PERJURY;LIBEL; SLANDER;DEFAMATION OF CHARACTER;NEGATION OF CIVIL LIBERTIES BY MANIPULATION OF DECEIT TO CREATE CHAOS AND CONFUSION FOR COURT OFFICIALS;DEPRAVITY;MEDICAL MALPRACTICE;STALKING;COERCION, LIES, AND THREATS TO COMPLY WITH PROHIBITED ACTIVITIES;FORGERY;PHYSICAL ENDANGERMENT;IMPOSED MENTAL ANGUISH;THREATENING

**Who did what?**

PHYSICAL AND VERBAL AGGRESSION;PERSECUTION;BELITTLEMENT;WEAPONIZATION AND EXPLOITATION OF MY MOTHER'S MURDER;RACISM;VITRIOL;WEAPONIZATION AND EXPLOITATION OF PSYCHIATRIC DIAGNOSIS,PROFITEERING;GOSSIP OF PRIVATE/PERSONAL INFORMATION

GENERAL COUNSELING STAFF ABUSE,HARASS,NEGLECT,INTIMIDATE,THREATEN,COERCE, , AND PROHIBIT SERVICES-DAILY. RUFE, HOWARD,TUCKER, FOOTMAN,THOMAS,COMMITTED/ COMMIT PERJURY TO THE SUPERIOR COURT OF SUSSEX COUNTY, AND ALL OF THE ABOVE MENTIONED REGARDING GENERAL COUNSELING STAFF. VAUGHAN COLLUDED AND CONCLUDED AN ABUSE INVESTIGATION AS: UNSUBSTANTIATED. WIDDOWS AND SIMMS ENABLE AND COVER-UP THIS MALFEASANCE AND THEIR OWN WILFULL IGNORANCE.

**Was anyone else involved?**

ALL CONSUMERS IN SERV RESIDENTIAL HOUSING PROGRAM.
DOUGHERTY, PAUL (SERV'S NORTHERN REGION DIRECTOR)
GARCIA, AMBER (SERV RPM)
JOHNSON, MARIA (SERV SITE SENIOR COUNSELOR)
FELICIA (OVERNIGHT STAFF-A+ GROUP HOME AT: 4 EDWARD PLACE, CRANFORD, NJ

**Who else saw what happened?**

MELLO, GRICEL (LPC, TRINITAS REGIONAL MEDICAL CENTER)
TAPARIA, DR. PIYUSH (EX-RESIDENT, TRINITAS REGIONAL MEDICAL CENTER)
COLE, WILLIAM (TEAM LEADER, BRIDGEWAY PARTIAL CARE
TAN, JOANN (LSW, TRINITAS REGIONAL MEDICAL CENTER)

- 3 -

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. ACUTE STRESS. POST-TRAUMATIC STRESS DISORDER IS TRIGGERED BY DAILY ABUSE, INCESSANT HARASSMENT, BULLYING, TORMENT, WORRY, DEPRESSION, SADNESS, POWERLESSNESS, HOPELESSNESS A RESULT OF UNJUST KROL ORDERS DUE TO STAFF PERJURY. VOLUNTARILY COMMITTED MYSELF TO A PSYCHIATRIC HOSPITAL FOR MEDICATION ADJUSTMENT AND TO TAKE A BREAK FROM THE TOXIC ENVIRONMENT. CONSUMERS ARE DAILY DEGRADED, DEMEANED, REFUSED SERVICES, VERBALLY ASSAULTED, OUR WEAKNESSES EXPLOITED AND WEAPONIZED, THREATENED WITH HOSPITALIZATION/LAW ENFORCEMENT. CONSUMERS ARE GASLIGHTED, OUR PRIVATE INFORMATION GOSSIPED BETWEEN STAFF AND OTHER CONSUMERS. STAFF ENDANGER THE WELFARE OF RESIDENTS AND OTHER STAFF BY INCITING VIOLENT RESIDENTS TO ATTACK. STAFF COLLUDE TO BULLY AND INTIMIDATE OTHER STAFF. STAFF COLLUDE TO DENY ALL MISCONDUCT. STAFF ABUSE 911 AND REPORT FALSE INFORMATION TO LAW ENFORCEMENT.

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

MANAGEMENT AS SUCH, NEED TO BE DISPLACED. STAFF NEED ADEQUATE AND APPROPRIATE TRAINING. ABUSIVE STAFF CANNOT BE TOLERATED. CONSUMER REPORTS AND GRIEVANCES OF MISCONDUCT MUST BE HONESTLY INVESTIGATED AND CORRECTED. DISCRIMINATION OF CONSUMERS' PHYSICAL/MENTAL/EMOTIONAL DISABILITIES NEED NOT DISQUALIFY THEIR TESTIMONY AND NEEDS. INCENTIVES NEED TO BE OFFERED AND PROVIDED TO ACQUIRE EDUCATED WELL-TO-DO PROFESSIONALS. CORRUPT STAFF CANNOT BE TOLERATED. PENALTIES NEED TO BE ENFORCED AND UPHELD FOR CRIMES SUCH AS PERJURY INTENDED TO WRONGFULLY DEPRIVE RIGHTS AND FREEDOM. SAFEGUARDS NEED TO BE PLACED AND UPHELD TO PREVENT UNQUALIFIED, IGNORANT STAFF FROM CALLING DRs TO SLANDER AND DEFAME THE CHARACTER AND REPUTATION OF THE CONSUMER TO MAKE THEM CHANGE MEDICATION REGIMENS TO DE-STABILIZE CONSUMERS TO BENEFIT STAFF MALFEASANCE. MANAGEMENT AND COUSELING STAFF ALIKE NEED TO BE MONITORED AND REPRIMANDED FOR ABUSE OF EMPLOYMENT--PERHAPS A SEASONED COMMITTEE OF NEAUTRAL VALUES THAT CAN REGULARLY AUDIT THESE TYPES OF AGENCIES. I SEEK RESTITUTION FOR THE UNWARRANTED MENTAL ANGUISH, PHYSICAL TENSION, AND EMOTIONAL TORMENT, THE LOSS OF EMPLOYMENT AND ITS PAY, THE TIME AND OPPPORTUNITIES LOST DUE TO THEIR CHOICE TO PERJURE.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4TH day of APRIL, 20 22.

Signature of Plaintiff *[signature]*
Mailing Address PO BOX 1624
CRANFORD, NJ 07016

Telephone Number (908) 337-4590
Fax Number *(if you have one)*
E-mail Address mgbz222@outlook.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: *[signature]*
April 4, 2022

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

BOLANOS, MIRNA G.
*Plaintiff/Petitioner*
v.
SERV BEHAVIORAL HEALTH SYSTEM, INC.
*Defendant/Respondent*

Civil Action No. 2:22-CV-00671-ES-JSA

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *[signature]*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 04/04/2022

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ 926.00 | $ | $ 926.00 | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify):* | $ | $ | $ | $ |
| Total monthly income: | $ 926.00 | $ 0.00 | $ 926.00 | $ 0.00 |

2.  List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3.  List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.  How much cash do you and your spouse have? $ _____

    Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| TD BANK | CHECKING | $ 400.00 | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ |
| Other real estate (Value) | $ |
| Motor vehicle #1 (Value) | $ 32,000.00 |
| Make and year: TOYOTA 2021 | |
| Model: RAV4 | |
| Registration #: XXXX6594 | |
| Motor vehicle #2 (Value) | $ 1,000.00 |
| Make and year: TOYOTA 1995 | |
| Model: CAMRY | |
| Registration #: XXXX1549 | |
| Other assets (Value) | $ |
| Other assets (Value) | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included?  ☐ Yes  ☑ No <br> Is property insurance included?  ☐ Yes  ☑ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 400.00 | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ 700.00 | $ |
| Clothing | $ 200.00 | $ |
| Laundry and dry-cleaning | $ 60.00 | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ 120.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle:     GEICO | $ 157.00 | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments | | |
|     Motor vehicle:     TOYOTA FINANCIAL | $ 499.00 | $ |
|     Credit card *(name)*: | $ | $ |
|     Department store *(name)*: | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ 2,136.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes    ☑ No    If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ☑ Yes    ☐ No

    If yes, how much?  $ ___1,500.00___

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    UNEXPECTEDLY UNEMPLOYED. SSA IS THE SOLE INCOME RIGHT NOW. IN THE MIDST OF SEARCHING AND RELOCATING TO A NEW RESIDENCE.

12. Identify the city and state of your legal residence.

    ROSELLE, NJ

    Your daytime phone number: ___(908) 337-4590___

    Your age: __39__    Your years of schooling: __14__

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

## Pro se (Non Prisoner)
## Consent & Registration Form to Receive Documents Electronically

Pursuant to Fed. R. Civ. P. 5(b), and Fed. R. Civ. P. 77(d), Local Civil Rule 5.2 and the Court's Electronic Case Filing Policies and Procedures, documents may be served through the court's transmission facilities by electronic means. Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed.R.Civ.P. 4.

I __MIRNA G. BOLANOS__ hereby consent to receive service of documents and notice of electronic filings via the Court's electronic filing system to the extent and in the manner authorized by the above rules and waiving the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(D) and Fed.R.Civ.P. 77(d).

Pursuant to Local Civil Rule 10.1, I will promptly notify the Court if there is a change in my personal data, such as name, address, and/or e-mail address. I will promptly notify the Court to request cancellation of electronic service.

Litigants who have consented to receive documents electronically will be sent a **Notice of Electronic Filing** via e-mail. Upon receipt of the notice, they are permitted **one "free look"** at the document by clicking on the hyperlinked document number. The one "free look" will expire 15 days from the date the notice was sent. After the "free look" is used or expires, the document can only be accessed through PACER (**P**ublic **A**ccess to **C**ourt **E**lectronic **R**ecords.) It is recommended that litigants establish a PACER account. This can be accomplished by visiting the PACER web site at http://pacer.psc.uscourts.gov. PACER is an automated system that allows an individual to view, print, and download documents for a fee.

My e-mail address is: __mgbz222@outlook.com__

My case number is: __2:22-CV-00671-ES-JSA__

_[Signature]_
Signature of Litigant

__PO BOX 1624__
Mailing Address

__CRANFORD, NJ  07016__
City, State, Zip Code

__(908) 337-4590__
Telephone Number

Date: __04/04/2022__